# UNITED STATES *v.* NATIONAL MALLEABLE & STEEL CASTINGS CO. ET AL.

No. 160. Decided October 13, 1958.

Solicitor General *Rankin,* Assistant Attorney General *Hansen, Charles H. Weston* and *Lewis Bernstein* for the United States.

*Luther Day* and *Curtis C. Williams, Jr.* for the National Malleable & Steel Castings Co., *James C. Davis, John B. Robinson, Jr.* and *Orrin B. Garner* for the American Steel Foundries, *Webb I. Vorys* for the Buckeye Steel Castings Co., *Wilmer Mechlin* for the Symington Wayne Corporation, *Charles W. Sellers* for the McConway & Torley Corporation, and *Kenneth F. Burgess, D. Robert Thomas, Jr.* and *Ashley M. Van Duzer* for the Association of American Railroads, appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

MR. JUSTICE BURTON took no part in the consideration or decision of this case.